# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>JOSIAH MARIANO RIOS-ARROYO<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. **SEALED**<br>)        3:25-mj -00207<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/06/2025__ in the county of __Washington__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See the attached Affidavit.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Graham Bogumill, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:39 pm__ a.m./p.m.

Date: July 22, 2025

*Youlee Yim You*
*Judge's signature*

City and state: Portland, Oregon        Youlee Yim You, United States Magistrate Judge
                                                            *Printed name and title*

**SEALED** 3:25-mj-00207

DISTRICT OF OREGON, ss:         AFFIDAVIT OF GRAHAM BOGUMILL

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Graham Bogumill, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am currently a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) assigned to the Helena Field Office. I have been a Special Agent since October of 2019. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as a graduate of the Special Agent Basic Training Program at the ATF National Academy in Glynco, Georgia. As a Special Agent with ATF, my duties and responsibilities have included conducting criminal investigations for violations of federal controlled substance and firearms laws.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Josiah Rios-Arroyo, for Distribution / Possession of a Controlled Substance with the Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1). As set forth below, there is probable cause to believe, and I do believe, that Josiah Rios-Arroyo (hereinafter "Rios-Arroyo"), committed the crime of Distribution / Possession of a Controlled Substance with the Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1).

**Applicable Law**

3.      I believe there is probable cause to believe that the following violation has been committed:

- Title 21 U.S.C. § 841(a)(1) provides, in part: "Except as authorized by this subchapter, it shall be unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture,

distribute, or dispense, a controlled substance."

## Statement of Probable Cause

4. Beginning in July of 2023, ATF Special Agents and Detectives with the Salem Police Department's (SPD) Strategic Investigations Unit (SIU) were tasked on focusing investigative efforts on criminal activity involving street gangs. Detectives focused on local street gangs to the Salem area known as "Varrio Catorce" and "Savage Block" both of which are Norteño sub-sets. This was due to multiple officer involved shootings and violent crime with the perpetrators being members of "Varrio Catorce" and "Savage block." I know from previous investigations that "Savage Block" has close ties to "Varrio Catorce." I also know that Spanish translation for "Varrio (barrio) Catorce" is" Neighborhood Fourteen." I know that Norteño street gangs commonly use the number fourteen as "N", standing for Norte or Norteño, is the fourteenth letter in the alphabet. Investigators began gaining information from other agencies including Marion County Parole and Probation. Through my investigation as well as in working with other agents and detectives, I learned that Josiah **Rios-Arroyo** is an active "Varrio Catorce" Norteño gang member.

5. Since January of 2025, ATF Undercover Agents have engaged in five (5) undercover buy operations involving members of the Varrio Catorce Norteño gang including Christopher Hermens and his associates (to include **Rios-Arroyo**). During those undercover buy operations, ATF Undercover Agents have purchased the following items:

- Eight (8) firearms

- 160 grams of fentanyl powder

- 389 grams of fentanyl pills

- 67 grams of cocaine

**Affidavit of Graham Bogumill**　　　　　　　　　　　　　　　　　　　　　　Page 2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. April 2018

**Undercover Purchase 1**

6. On January 14, 2025, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and local law enforcement setup an undercover purchase of cocaine and marijuana from Hermens in Beaverton, Oregon. The undercover purchase was conducted by an undercover ATF agent (hereinafter "UC1") from Hermens.

7. On January 14, 2025, UC1 met with Hermens at the Peppermill Pub in Beaverton, Oregon. Hermens was observed driving his registered vehicle to the Peppermill Pub and was the sole occupant of the vehicle upon his arrival. The transaction between UC1 and Hermens occurred within Hermens' vehicle in the parking lot of the Peppermill Pub. Hermens sold UCA the following items:

- 35 grams of cocaine. The cocaine was later field tested and yielded a presumptive positive result and;
- 1.2 pounds of marijuana

8. After the transaction was completed, but while UC1 and Hermens were still inside the Subject Vehicle, Hermens removed a firearm from his front waistband. Hermens described the firearms as a "P80" and a "9mm". I know these terms to refer to a privately manufactured firearm, specifically a 9mm pistol. Hermens offered to sell UC1 firearms in future transactions.

**Undercover Purchase 2**

9. On January 23, 2025, UC1 conducted a second purchase from Hermens that included narcotics and firearms. Hermens instructed UC1 to meet him in the parking lot of the Batteries + Bulbs in Tualatin, Oregon. Hermens arrived with three known Norteño gang members; Carlos Rodney (DOB: XX/XX/1994), ███████████████

10. UC1 entered Rodney's vehicle and proceeded to purchase the following items from Hermens and Rodney while ▮▮▮ and ▮▮▮ acted as lookouts walking around the parking lot:

- 32 grams of cocaine
- Sig Sauer pistol, model P320, 9mm, serial number: M18-090789
- Glock pistol, model 48, 9mm, serial number: BFZD892
- Smith & Wesson pistol, model M&P 45, .45 caliber, serial number: DUK9289
- Glock pistol, model 20, 10mm, serial number: BXML994
- IWI rifle, model Z-15, 5.56 caliber, serial number: Z0024539

**Undercover Purchase 3**

11. On February 6, 2025, UCAs conducted a third purchase from Hermens that included narcotics and firearms. Hermens instructed UC1 to meet him in the parking lot of the Baskin Robins in Beaverton, Oregon. Hermens arrived with one other known Norteño gang members; Josiah **Rios-Arroyo** (DOB: XX/XX/2006). During this purchase, a second undercover ATF agent (hereinafter "UC2") was introduced to Hermens.

12. UC1 entered Hermens' vehicle and proceeded to purchase the following items from Hermens and **Rios-Arroyo**:

- Glock pistol, model 27, .40 caliber, with an obliterated serial number
- Smith & Wesson pistol, model M&P Bodyguard, .380 caliber pistol with serial number KHY7297
- 2.4 pounds of marijuana

13. During the transaction, UC1 explained to Hermens that UC2 wished to purchase

**Affidavit of Graham Bogumill**　　　　　　　　　　　　　　　　　　　　　Page 4
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. April 2018

fentanyl. Hermens placed a phone call to his source of supply who was identified as Roberto Ochoa-Vergara (DOB: XX/XX/1997). After the transaction was completed, Hermens instructed the UCAs to follow him to a Walgreens in Beaverton, Oregon.

14. Hermens and **Rios-Arroyo**, who were travelling together, and UCAs arrived at the Walgreens parking lot. A short time later, Ochoa-Vergara arrived, and Hermens entered Ochoa-Vergara's vehicle. Hermens returned from Ochoa-Vergara's vehicle and UC2 purchased 32 grams of fentanyl powder from Hermens and Ochoa-Vergara.

**Undercover Purchase 4**

15. On February 27, 2025, UCAs conducted a fourth purchase from Hermens and Ochoa-Vergara that included narcotics. Hermens instructed the UCAs to meet him at Maxwell's Pub in Beaverton, Oregon. Hermens arrived with one other female identified as ▉▉▉▉▉▉▉▉▉▉▉▉▉▉. A short while later, Ochoa-Vergara arrived along with ▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉ and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ who appeared to be acting as lookouts during the transaction. Ultimately, Hermens introduced the UCAs to Ochoa-Vergara. The UCAs then purchased 128 grams of fentanyl powder from Ochoa-Vergara.

**Undercover Purchase 5**

16. On March 5, 2025, UCAs conducted a fifth purchase of narcotics and a firearm from Ochoa-Vergara and met with Hermens during that transaction. UC2 and Ochoa-Vergara agreed to meet at Bar 5 in Portland, Oregon. Upon arrival, the UCAs met with Ochoa-Vergara and Hermens. The four entered the bar and engaged in discussion about narcotics and firearms. Then UC2 and Ochoa-Vergara exited the bar, entered Ochoa-Vergara's vehicle, and drove to the parking lot of the Church of Jesus Christ of Latter-day Saints in Beaverton, Oregon. There, UC2 purchased the following items from Ochoa-Vergara:

**Affidavit of Graham Bogumill**   Page 5
Rev. April 2018

- 389 grams of fentanyl pills
- FNH pistol, model FNS-40C, .40 caliber, serial number: CSU0008041

## Conclusion

17.  Based on the foregoing, I have probable cause to believe, and I do believe, that Josiah **Rios-Arroyo** committed Distribution/ Possession of a Controlled Substance with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for Josiah **Rios-Arroyo.**

18.  Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Nicole Bockelman, and AUSA Bockelman advised me that in her opinion, the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

## Request for Sealing

19.  It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant.  I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may \\\

\\\
\\\
\\\
\\\
\\\
\\\

**Affidavit of Graham Bogumill**                                                            Page 6
                                                                                  Rev. April 2018

endanger the life or physical safety of an individual, cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Graham Bogumill
Special Agent, ATF

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:39 pm__ a.m./p.m. on __July 22__, 2025.

_____
HONORABLE YOULEE YIM YOU
United States Magistrate Judge